MAE Q. PROBST, Respondent, *v.* FREDERICK S. PROBST, Appellant. (Appeal No. 2.)

Submitted June 9, 1941; decided June 19, 1941.

Motion for leave to reargue motion to dismiss appeal granted. Upon reargument motion to dismiss appeal granted and appeal dismissed. (See 285 N. Y. 841.)

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, *v.* JOHN W. SAUNDERS et al., Appellants.

Submitted June 13, 1941; decided June 19, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 462.)

BEVERLY J. REYNOLDS, Respondent, *v.* EAGLE PENCIL COMPANY, Appellant.

Submitted June 12, 1941; decided June 19, 1941.

Motion for reargument and for a stay denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 448.)